UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Christina Johnson a/k/a Christina M. Johnson<br><br>*Debtor(s),* | Chapter 13<br><br>Case No. 15-42602<br><br>Judge Donald R. Cassling |

## ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

    The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of JPMorgan Chase Bank, National Association, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

                                  By: /s/Andrew Nelson
                                  ARDC #0621660
                                  Pierce & Associates, P.C.
                                  1 N. Dearborn St. Suite 1300
                                  Chicago, IL 60602
                                  (312) 346-9088

Dated: February 25, 2016

File No. 253110-24712